# ELECTRONIC RECORD

**510-15**

COA # 05-13-01507-CR   OFFENSE: 29.03

STYLE: Kevin Lamont Garden v. The State of Texas   COUNTY: Dallas

COA DISPOSITION: MODIFY   TRIAL COURT: 282nd Judicial District Court

DATE: 04/03/2015   Publish: NO   TC CASE #: F-1057354-S

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Kevin Lamont Garden v. The State of Texas   CCA #: **510-15**

____PRO SE____ Petition   CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

____REFUSED____   JUDGE: _____

DATE: 09/16/2015   SIGNED: _____ PC: _____

JUDGE: Per Curiam   PUBLISH: _____ DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD